# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3807

_____

Mitchell David Holbach,                     *
                                            *
                Appellant,                  *
                                            *   Appeal from the United States
        v.                                  *   District Court for the
                                            *   District of North Dakota.
Attorney General for the State of           *
North Dakota; Attorney General for the      *        [UNPUBLISHED]
United States of America,                    *
                                            *
                Appellees.                   *

_____

Submitted: February 16, 2010
Filed: February 23, 2010

_____

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

North Dakota inmate Mitchell David Holbach appeals the district court's[1] preservice dismissal without prejudice of his 42 U.S.C. § 1983 civil rights action. Upon de novo review, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per

_____

[1]The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota, adopting the report and recommendations of the Honorable Charles S. Miller, Jr., United States Magistrate Judge for the District of North Dakota.

curiam), we agree with the district court that the complaint failed to state a claim.  We affirm.  <u>See</u> 8th Cir. R. 47B.

_____